**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-7176**

---

UNITED STATES OF AMERICA,

         Plaintiff - Appellee,

     v.

KEITH ANTONIO BARNETT,

         Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Max O. Cogburn, Jr., District Judge.  (3:18-cr-00200-MOC-SCR-1)

---

Submitted:  May 21, 2024                         Decided:  May 23, 2024

---

Before WYNN and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Keith Antonio Barnett, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith Antonio Barnett appeals the district court's order denying his postconviction motion for discovery filed in his previously closed criminal case. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Barnett*, No. 3:18-cr-00200-MOC-SCR-1 (W.D.N.C. Sept. 26, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*